William R. Warne (SBN 141280)
DOWNEY BRAND LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: (916) 444-1000
Facsimile: (916) 520-5617
bwarne@downeybrand.com

OF COUNSEL (*Pro hac vice*)
Russell E. Levine, P.C. (IL SBN 6193834)
Kourtney Baltzer (IL SBN 6308539)
Caroline Lourgos (IL SBN 6324261)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
United States
Telephone: +1 312 862 2000
Facsimile: +1 312 862 2200
russell.levine@kirkland.com
kourtney.baltzer@kirkland.com
caroline.lourgos@kirkland.com

Attorneys for Plaintiff
SYNGENTA SEEDS, LLC

Deborah E. Fishman (SBN 197584)
Carson D. Anderson (SBN 317308)
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Building 5, Suite 500
Palo Alto, California 94306
Telephone: (650) 319-4500
Facsimile: (650) 319-4700
deborah.fishman@arnoldporter.com
carson.anderson@arnoldporter.com

Attorneys for Defendant
SEMINIS VEGETABLE SEEDS, INC.

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNGENTA SEEDS, LLC,<br><br>      *Plaintiff,*<br><br>v.<br><br>SEMINIS VEGETABLE SEEDS, INC.,<br><br>      *Defendant*. | Civil Action No.: 2:19-cv-01986-TLN-CKD<br><br>Judge: Troy L. Nunley<br><br>**[PROPOSED]** **STIPULATED E-DISCOVERY ORDER** |

      Plaintiff Syngenta Seeds, LLC ("Syngenta") and Defendant Seminis Vegetable Seeds Inc. ("Seminis") anticipate that discovery in this matter will require production of Electronically Stored Information ("ESI"). The parties agree to, and request that the Court enter, the following Stipulated E-Discovery Order governing and limiting the discovery of such ESI.

      Pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule 240, upon finding good cause, the Court ORDERS as follows:

      1.    This Order supplements all other discovery rules and orders. It streamlines Electronically Stored Information ("ESI") production to promote a "just, speedy, and inexpensive determination" of this action, as required by Federal Rule of Civil Procedure 1. This Order may be modified only for good cause.

      2.    General ESI production requests under Federal Rules of Civil Procedure 34 and 45 shall include existing metadata absent a showing of good cause.

      3.    General ESI production requests under Federal Rules of Civil Procedure 34 and 45 shall not include email or other forms of electronic correspondence (collectively "email"). To obtain email parties must propound specific email production requests.

      4.    Email production requests shall only be propounded for specific issues, rather than general discovery of a product or business.

      5.    Email production requests shall be phased to occur after the parties have exchanged initial disclosures and basic documentation about the patents and PVP Certificates, the prior art, the accused varieties, and the relevant finances.

      6.    Email production requests shall identify the custodian, search terms, and time frame. The parties shall cooperate to identify the proper custodians, proper search terms and proper timeframe.

      7.    Each requesting party shall limit its email production requests to a total of five custodians per producing party for all such requests. The parties may jointly agree to modify this limit without the Court's leave. The Court shall consider contested requests for up to five additional custodians per producing party upon showing a distinct need based on the size, complexity, and issues of this specific case.

8. Each requesting party shall limit its email production requests to a total of ten search terms per party. The parties may jointly agree to modify this limit without the Court's leave. The Court shall consider contested requests for up to five additional search terms upon showing a distinct need based on the size, complexity, and issues of this specific case. The search terms shall be narrowly tailored to particular issues. Indiscriminate terms, such as the producing company's name or its product name, are inappropriate unless combined with narrowing search criteria that sufficiently reduce the risk of overproduction. A conjunctive combination of multiple words or phrases (e.g., "computer" and "system") narrows the search and shall count as a single search term. A disjunctive combination of multiple words or phrases (e.g., "computer" or "system") broadens the search, and thus each word or phrase shall count as a separate search term unless they are variants of the same word. Use of narrowing search criteria (e.g., "and," "but not," "w/x") is encouraged to limit the production and shall be considered when determining whether to shift costs for disproportionate discovery.

9. The receiving party shall not use ESI that the producing party asserts is attorney-client privileged or work-product protected to challenge the privilege or protection.

10. Pursuant to Federal Rule of Evidence 502(d), the inadvertent production of a privileged or work product protected ESI is not a waiver in the pending case or in any other federal or state proceeding.

11. The mere production of ESI in a litigation as part of a mass production shall not itself constitute a waiver for any purpose.

| | |
|---|---|
| Dated: March 4, 2022 | Respectfully submitted, |
| */s/ William R. Warne* <br> William R. Warne (SBN 141280) <br> DOWNEY BRAND LLP <br> 621 Capitol Mall, 18th Floor <br> Sacramento, CA 95814 <br> Telephone: (916) 444-1000 <br> Facsimile: (916)520-5617 <br> bwarne@downeybrand.com <br><br> OF COUNSEL (*Pro hac vice*): <br> Russell E. Levine, P.C. (IL SBN 6193834) <br> Kourtney Baltzer  (IL SBN 6308539) <br> Caroline Lourgos (IL SBN 6324261) <br> KIRKLAND & ELLIS LLP <br> 300 North LaSalle Street <br> Chicago, Illinois 60654 <br> Telephone: (312) 862-2000 <br> Facsimile: (312) 862-2200 <br> russell.levine@kirkland.com <br> kourtney.baltzer@kirkland.com <br> caroline.lourgos@kirkland.com <br><br> Attorneys for Plaintiff <br> SYNGENTA SEEDS, LLC | */s/ Deborah E. Fishman (as authorized 3/3/22)* <br> Deborah E. Fishman (SBN 197584) <br> Carson D. Anderson (SBN 317308) <br> ARNOLD & PORTER KAYE SCHOLER LLP <br> 3000 El Camino Real <br> Building 5, Suite 500 <br> Palo Alto, California 94306 <br> Telephone: (650) 319-4500 <br> Facsimile: (650) 319-4700 <br> deborah.fishman@arnoldporter.com <br> carson.anderson@arnoldporter.com <br><br> Attorneys for Defendant <br> SEMINIS VEGETABLE SEEDS, INC. |

IT IS SO ORDERED

Dated:  March 8, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE