| | |
|---|---|
| William R. Warne (SBN 141280)<br>DOWNEY BRAND LLP<br>621 Capitol Mall, 18th Floor<br>Sacramento, CA 95814<br>Telephone: (916) 444-1000<br>Facsimile: (916)520-5617<br>bwarne@downeybrand.com | Deborah E. Fishman (SBN 197584)<br>Carson D. Anderson (SBN 317308)<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>3000 El Camino Real<br>Building 5, Suite 500<br>Palo Alto, California 94306<br>Telephone: (650) 319-4500<br>Facsimile: (650) 319-4700<br>deborah.fishman@arnoldporter.com<br>carson.anderson@arnoldporter.com |
| OF COUNSEL (*Pro hac vice*)<br>Russell E. Levine, P.C. (IL SBN 6193834)<br>Kourtney Baltzer  (IL SBN 6308539)<br>Caroline Lourgos (IL SBN 6324261)<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>United States<br>Telephone: +1 312 862 2000<br>Facsimile: +1 312 862 2200<br>russell.levine@kirkland.com<br>kourtney.baltzer@kirkland.com<br>caroline.lourgos@kirkland.com | Attorneys for Defendant<br>SEMINIS VEGETABLE SEEDS, INC. |
| Attorneys for Plaintiff<br>SYNGENTA SEEDS, LLC | |

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNGENTA SEEDS, LLC,<br><br>        *Plaintiff,*<br><br>v.<br><br>SEMINIS VEGETABLE SEEDS, INC.,<br><br>        *Defendant.* | Civil Action No.: 2:19-cv-01986-TLN-CKD<br><br>Judge: Troy L. Nunley<br><br>**JOINT STIPULATION TO STAY LITIGATION PENDING ENTRY OF SETTLEMENT AGREEMENT** |

Plaintiff Syngenta Seeds, LLC ("Syngenta") and Defendant Seminis Vegetable Seeds Inc. ("Seminis") jointly stipulate to stay the litigation and all deadlines pending entry of a settlement agreement. There is good cause to stay the litigation. Syngenta and Seminis have agreed to settle this dispute in principle and request a stay until June 30, 2022 to work to formalize the terms of their settlement agreement. Upon execution of the settlement agreement, the parties will notify the Court and file the appropriate dismissal papers. If the parties are unable to execute a settlement agreement by June 30, 2022, the parties will notify the Court.

Dated: April 27, 2022

*/s/ Russell E. Levine, P.C.*
William R. Warne (SBN 141280)
DOWNEY BRAND LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: (916) 444-1000
Facsimile: (916)520-5617
bwarne@downeybrand.com

OF COUNSEL (*Pro hac vice*):
Russell E. Levine, P.C. (IL SBN 6193834)
Kourtney Baltzer  (IL SBN 6308539)
Caroline Lourgos (IL SBN 6324261)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
russell.levine@kirkland.com
kourtney.baltzer@kirkland.com
caroline.lourgos@kirkland.com

Attorneys for Plaintiff
SYNGENTA SEEDS, LLC

Respectfully submitted,

*/s/ Deborah E. Fishman (as auth'd 4/27/22)*
Deborah E. Fishman (SBN 197584)
Carson D. Anderson (SBN 317308)
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Building 5, Suite 500
Palo Alto, California 94306
Telephone: (650) 319-4500
Facsimile: (650) 319-4700
deborah.fishman@arnoldporter.com
carson.anderson@arnoldporter.com

Abigail Struthers (*PHV*) (NY SBN AL8977)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
abigail.struthers@arnoldporter.com

Attorneys for Defendant
SEMINIS VEGETABLE SEEDS, INC.

IT IS SO ORDERED this 28th day of April, 2022.

                                              Troy L. Nunley
                                              United States District Judge

3