

# United States District Court
# Eastern District of California

| | |
|---|---|
| SYNGENTA SEEDS, LLC | Case Number: 2:19-cv-01986-TLN-CKD |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE |
| SEMINIS VEGETABLE SEEDS INC. | AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Abigail Struthers** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Seminis Vegetable Seeds Inc.

On **02/28/2006** (date), I was admitted to practice and presently in good standing in the **USDC - SD New York** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **04/18/2022**   Signature of Applicant: /s/ **Abigail Struthers**

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Abigail Struthers |
| Law Firm Name: | Arnold & Porter Kaye Scholer LLP |
| Address: | 250 West 55th Street |
| City: | New York    State: NY    Zip: 10019-9710 |
| Phone Number w/Area Code: | (212) 836-7915 |
| City and State of Residence: | New York, NY |
| Primary E-mail Address: | abigail.struthers@arnoldporter.com |
| Secondary E-mail Address: | dianne.meek@arnoldporter.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Deborah E. Fishman |
| Law Firm Name: | Arnold & Porter Kaye Scholer LLP |
| Address: | 3000 El Camino Real |
| | Building 5, Suite 500 |
| City: | Palo Alto    State: CA    Zip: 94306 |
| Phone Number w/Area Code: | (650) 319-4500    Bar #: 197584 |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 29, 2022

_____
JUDGE, U.S. DISTRICT COURT

# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____ABIGAIL   STRUTHERS_____ , Bar # _____AL8977_____

was duly admitted to practice in the Court on

_____February 28, 2006_____

and is in good standing as a member of the Bar of this Court

Dated at      500 Pearl St.           On       _____April 14, 2022_____
              New York, New York

_____Ruby J. Krajick_____           By       _____s/ A. Eames_____
     Clerk of Court                                         Deputy Clerk